In the Matter of the Claim of PAUL P. MUNI. LAUBE'S OLD SPAIN, INC., Appellant; MICHAEL J. MURPHY, as Acting Industrial Commissioner, Respondent.—

All concur.

In the Matter of the Claim of MARSHALL PAYN. PHOENIX MUTUAL LIFE INSURANCE COMPANY, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.—

All concur.